UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIFFANY K.,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

Case No. 2:25-cv-10319
Honorable Anthony P. Patti

## JUDGMENT

The above entitled matter has come before the Court on cross-motions for summary judgment, and in accordance with the Court's opinion and order granting Plaintiff's motion for summary judgment and denying Defendant's motion for summary judgment entered this date, and remanding this matter to the Commissioner for further proceedings:

**IT IS ORDERED AND ADJUDGED** that judgment is **GRANTED** in favor of Plaintiff and the case is hereby remanded to the Commissioner for further proceedings consistent with the Court's opinion and order.

Dated: January 17, 2026

                                             Anthony P. Patti
                                             UNITED STATES MAGISTRATE JUDGE